UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL A. LENZINI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VALENTINE & KEBARTAS, LLC,<br><br>　　　　　Defendant. | Case No. 20-cv-09053-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 12 |

　　　　The parties have filed a notice of settlement. ECF No. 12. By May 24, 2021, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.

　　　　The Court also hereby sets a case management conference on June 8, 2021. That conference will be vacated automatically if a stipulation of dismissal is timely filed.

　　　　Any continuance of the deadlines set in this order requires a showing of good cause.

　　　　All other deadlines and hearings are vacated.

　　　　**IT IS SO ORDERED**.

Dated: April 6, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge